Keenan, &

Theodore V. H. Mayer
William J. Beausoleil
Julia R. Zousmer
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-17-16

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: :
Fosamax Products Liability Litigation : 1:06-md-1789 (JFK)

---

*This Document Relates to:* :
Constance Alexander, (personal representative for estate of Julie Lowell) Plaintiff :
v. Merck & Co., Inc. (nka Merck Sharp & Dohme Corp.) Defendant :
Case No: 06-cv-03130-JFK :

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned case, Constance Alexander, and Defendant, Merck & Co., Inc. nka Merck Sharp & Dohme Corp., ("Merck"), through their respective undersigned counsel, that this case, and all claims asserted with this case, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Each party is to bear its own costs and attorneys' fees.

OSBORN LAW, P.C.

By Daniel A. Osborn
Daniel A. Osborn, Esq.
295 Madison Avenue
39th Floor
New York, NY 10017
(212) 725-9800

*Attorney for Plaintiff*

Dated: August 17, 2016

HUGHES HUBBARD & REED LLP

By
Theodore V. H. Mayer
William J. Beausoleil
Julia R. Zousmer
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

Dated: 8/17/16

SO ORDERED: John F. Keenan
U.S.D.J.